UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2015

ZHENLU ZHANG,

Plaintiff - Appellant,

versus

SCIENCE & TECHNOLOGY CORPORATION; COMPUTER
SCIENCES CORPORATION,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
04-434-8-DKC)

Submitted: March 30, 2006                      Decided: April 5, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zhenlu Zhang, Appellant Pro Se.  Henry Adam Platt, J.C. Miller,
SCHMELTZER, APTAKER & SHEPARD, P.C., Washington, D.C.; Edward Lee
Isler, Steven William Ray, RAY & ISLER, P.C., Vienna, Virginia;
Larry Robert Seegull, Damon Loren Krieger, DLA PIPER RUDNICK GRAY
CARY U.S. L.L.P., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Zhenlu Zhang appeals the district court's order granting summary judgment in favor of Science & Technology Corporation and Computer Sciences Corporation, and dismissing Zhang's employment discrimination and retaliation action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Zhang v. Science & Technology Corp., No. CA-04-434-8-DKC (D. Md. Aug. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED